UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  16-03644 |
| | ) | |
| JUAN G. MORALES and LETICIA MORALES | ) ) ) | Chapter: 13<br>Honorable Donald R. Cassling |
| | ) | SELECT IF OUTLYING AREA |
| Debtor(s) | ) | |

## ORDER MODIFYING DEBTORS' CHAPTER 13 PLAN

This cause coming before the Court on Debtors' Motion to Modify Chapter 13 Plan; the Court being fully advised in the premises and having jurisdiction of the subject matter, IT IS HEREBY ORDERED:

1. Debtors' Motion to Modify Chapter 13 Plan is granted.

2. Debtors' 2016 tax refund in excess of $1,200.00 or $2,445.00 shall be deferred to the end of the plan term.

3. Commencing with the November 2017 payment to the trustee, Debtors shall make monthly payments to the trustee in the amount of $1,296.00 monthly for any payment due in January, February, March, April, May, June, September, October, November, and December for the remainder of the plan term.

4. Debtors' plan base is increased to $65,201.00.

Enter: *Donald R. Cassling* AMC

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: 1 3 DEC 2017

**Prepared by:**
Joseph Scott Davidson
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com

Counsel for Juan G. Morales and Leticia Morales

Rev: 20170105_bko