UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 16-03644
JUAN G. MORALES and LETICIA )
MORALES )  Chapter: 13
 )  Honorable Donald R. Cassling
 )
 )
Debtor(s) )

## ORDER MODIFYING CHAPTER 13 PLAN

This cause coming before the Court on Debtors' Motion to Modify Chapter 13 Plan; the Court being fully advised in the premises and having jurisdiction of the subject matter, IT IS HEREBY ORDERED:

1. Debtors' Motion to Modify Chapter 13 Plan is granted.

2. Debtors' $3,928.00 delinquency will be deferred to the end of the plan term.

3. Debtors' plan base will be increased to $68,396.00

4. Commencing with the November 2018 payment to the trustee, Debtors will pay to the trustee $1,238.00 monthly for 27 months to be paid in the amount of $1,454.00 monthly for any plan payment due in January, February, March, April, May, June, September, October, November, and December (not July and August)

5. Debtors will not make payments to the trustee in months of July and August for the duration of the plan term.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: December 13, 2018

**Prepared by:**

Joseph Scott Davidson
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com