**UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

RE: JUAN G MORALES                                    ) Case No. 16 B 03644
    LETICIA MORALES                                 )
                                       Debtors ) Chapter 13
                                                 )
                                                 ) Judge: DONALD R CASSLING

## NOTICE OF MOTION

JUAN G MORALES                                                      SULAIMAN LAW GROUP LTD
LETICIA MORALES                                                     via Clerk's ECF noticing procedures
3943 W 64TH ST
CHICAGO, IL 60629

Please take notice that on May 09, 2019 at 9:30 am my designee or I will appear before the Honorable Judge DONALD R CASSLING at 219 South Dearborn Courtroom 619, Chicago, IL and present the motion set forth below.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E Monroe St., Chicago, IL 60603 or by the methods indicated on April 05, 2019.

                                                                                   /s/ Tom Vaughn

## TRUSTEE'S MOTION TO DISMISS FOR TERM OF PLAN

Now comes Tom Vaughn, Trustee in the above entitled case and moves the Court to dismiss this case in support thereof states:

1. On February 06, 2016 the Debtors filed a petition and plan under Chapter 13 of Title 11 U.S.C.

2. The debtor's plan was confirmed on March 24, 2016, for a period of 60 months.

3. The plan will complete in 67 months, from the date of confirmation.

WHEREFORE, the Trustee prays that this case be dismissed for material default by the debtor with respect to a term of a confirmed plan, pursuant to § 1322 (d) and § 1307 (c) (6).

                                                                                  Respectfully submitted,

TOM VAUGHN                                                                    /s/ Tom Vaughn
CHAPTER 13 TRUSTEE
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900