UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

RE: JUAN G MORALES                              ) Case No. 16 B 03644
    LETICIA MORALES                             )
                                       debtors  ) Chapter 13
                                                )
                                                ) Judge: DONALD R CASSLING

## NOTICE OF MOTION

JUAN G MORALES                                  SULAIMAN LAW GROUP LTD
LETICIA MORALES                                 via Clerk's ECF noticing procedures
3943 W 64TH ST
CHICAGO, IL 60629

Please take notice that on September 26, 2019 at 9:15 am my designee or I will appear before the Honorable Judge DONALD R CASSLING at 219 South Dearborn Courtroom 619, Chicago, IL and present the motion set forth below.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E Monroe St., Chicago, Il 60603 or by the methods indicated on July 29, 2019.

/s/ Tom Vaughn

## TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO TURNOVER TAX RETURN AND REFUND TO TRUSTEE

Now comes Tom Vaughn, Trustee in the above entitled case and moves the Court to dismiss this case in support thereof states:

1. On February 06, 2016 the Debtors filed a petition and/or plan under Chapter 13 of Title 11 U.S.C.

2. The debtor's plan confirmed on March 24, 2016, provided for tax refunds over $1200.00 to be turned over to the trustee each year.

3. The trustee has not received the tax return or transcript, and/or tax refund for 2018.

WHEREFORE, the Trustee prays that this case be dismissed for material default by the debtor with respect to a term of a confirmed plan, pursuant to § 1307 (c) (6).

Respectfully submitted,

/s/ Tom Vaughn

TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900